**Order entered March 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01434-CR
No. 05-14-01435-CR

**CAL MAURICE BUTLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F06-65524-V, F06-65525-UV**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel John Tatum to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Mr. Tatum to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **JUNE 6, 2014**

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lawrence Mitchell, Presiding Judge, 292nd Judicial District Court, and John Tatum.

We **DIRECT** the Clerk to send a copy of the order, by first-class mail, to Cal Maurice Butler, TDCJ No. 1427407, Clements Unit, 9601 Spur 591, Amarillo, Texas 79107-9606.

/s/    DAVID EVANS
        JUSTICE